IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT C. WILLIS
    Petitioner,

vs.                                                            Case No.:  3:06cv130/LAC/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 28, 2006.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

      Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  Respondent's motion to dismiss (Doc. 14) is **GRANTED**.

      3.  The petition for writ of habeas corpus (Doc. 1) is **DISMISSED with prejudice** as untimely.

      **DONE AND ORDERED** this 5th day of December, 2006.


                                               s/*L.A. Collier*_____
                                               **LACEY A. COLLIER**
                                               **SENIOR UNITED STATES DISTRICT JUDGE**